IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-cr-30003 |
| ) | |
| JOHN MIMS, ) | |
| ) | |
| Defendant. ) | |

## OPINION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

This matter comes before the Court on Defendant John Mims' Motion to Allow Defendant to Attend Father's Funeral (d/e 14) (Motion). On January 5, 2021, a grand jury indicted Defendant Mims with conspiracy to possess with the intent to distribute 50 grams or more of actual methamphetamine, in violation of 21 U.S.C. §§ 841(a), (b)(1)(A) and 846. Indictment (d/e 1). On March 29, 2021, this Court ordered Mims detained pending trial. Detention Order (d/e 10).

Mims asks this Court for a temporary release from pretrial detention to attend funeral services for his late father John Eldie Mims. Defendant Mims' father died on May 31, 2021. Services are scheduled for June 19, 2021, at the Green Chapel Missionary Baptist Church in LaGrange, Missouri. The visitation commences at 11:00 a.m. and the memorial

service commences at 12:00 p.m. noon.  See Motion, attached Obituary of John Eldie Mims. Defendant Mims is currently detained at the Pike County, Illinois, Jail.

The Government has no objection to the requested temporary release from custody for the limited purpose of attending the funeral as long as Mims provides detailed information regarding his transportation and time needed to travel to and from the services.  United States Response to Defendant's Motion to Attend Father's Funeral (d/e 18), at 2.  In response, Defendant Mims states that his mother, Kara Clay, will drive Mims to and from the Pike County Jail and the services in LaGrange, Missouri.  Clay will transport Mims in a 2013 Ford Edge automobile.  The travel time between the Pike County Jail and LaGrange, Missouri is approximately 1 hour 10 minutes one-way.  Defendant Mims' Reply to Government's Response to Defendant's Motion to Attend Father's Funeral (d/e 19).  The Court finds these details sufficient to meet the Government's concerns.

The Court will allow a temporary release of Mims to attend the visitation and memorial service.  Mims asks for permission to attend a family meal at a local park in LaGrange, Missouri, after the memorial services.  The Court denies this request.  The Court does not find that

release to attend a family party is appropriate. The Court is particularly concerned with the possible availability of alcoholic beverages at the party.

THEREFORE, IT IS ORDERED THAT Defendant John Mims' Motion to Allow Defendant to Attend Father's Funeral (d/e 14) is ALLOWED. Defendant Mims is granted a temporary release from pretrial detention on Saturday June 19, 2021 to attend the visitation and memorial services for his late father John Eldie Mims at the Green Chapel Missionary Baptist Church (Church) in LaGrange, Missouri, under the following terms and conditions: Defendant Mims shall be released from the Pike County, Illinois, Jail into the custody of his mother Kara Clay at 9:00 a.m. on Saturday June 19, 2021. Defendant Mims' mother Kara Clay shall drive Defendant Mims directly to the Church to attend the visitation that commences at 11:00 a.m. and the memorial service that commences at 12:00 p.m. noon. Defendant's Mother Kara Clay shall drive Defendant Mims back to the Pike County, Illinois, Jail immediately after the conclusion of the memorial services; provided however, that Defendant Mims shall return to the Pike County, Illinois, Jail no later than 4:00 p.m. on Saturday June 19, 2021, to resume his pretrial detention. Failure to return to the Pike County, Illinois, Jail by 4:00 p.m. on June 19, 2021, will cause Defendant Mims to be subject to arrest and possible prosecution for

escape from pretrial detention.  The terms and conditions of the Detention Order (d/e 10) otherwise remain in full force and effect.

ENTER:   June 17, 2021

*s/ Tom Schanzle-Haskins*
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE